IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JORGE VÁZQUEZ ROMÁN, SONIA RIVERA COLÓN, AND THE CONJUGAL PARTNERSHIP COMPRISED BETWEEN THEM**<br><br>**Plaintiffs,**<br><br>v.<br><br>(1) **JOSEPH GONZÁLEZ FALCÓN**, in his personal and official capacity as Superintendent of the Puerto Rico Police Department<br>(2) **ANTONIO LÓPEZ FIGUEROA**, in his personal capacity, and former Commissioner of the Puerto Rico Police Department;<br>(3) **JULIO RENTAS PADILLA**, in their personal and official capacity as investigative officers of the Puerto Rico Police Department's Metropolitan Narcotics Division;<br>(4) **CARLOS A. PÉREZ ROSADO**, in their personal and official capacity as investigative officers of the Puerto Rico Police Department's Metropolitan Narcotics Division;<br>(5) **LESLIE LÓPEZ FIGUEROA**, in their personal and official capacity as investigative officers of the Puerto Rico Police Department's Metropolitan Narcotics Division;<br>(6) **JEANEMIL RIVERA HIRALDO**, in their personal and official capacity as investigative officers of the Puerto Rico Police Department's Metropolitan Narcotics Division;<br>(7) **ERIC MEDINA**, all in their personal and official capacity as Director of the Puerto | **CIVIL NO.** 25-cv-01511<br><br>For Civil Rights Violation, Compensatory and Punitive Damages<br><br>**PLAINTIFF DEMAND TRIAL BY JURY** |

|  |
|---|
| Rico Police Department's Metropolitan Narcotics Division;<br>(8) JOHNNY RODRÍGUEZ PÉREZ, all in their personal and official capacity as Captain of the Puerto Rico Police Department's Metropolitan Narcotics Division;<br>(9) UNKNOWN DEFENDANTS<br><br>                              Defendants. |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT:

    COMES NOW, the Plaintiffs, Mr. Jorge Vázquez Román, Mrs. Sonia Rivera Colón, and the conjugal partnership comprised between them, ("Plaintiffs"), through their undersigned attorney and very respectfully state, allege and pray as follows:

    Rule 41(1)(A) of the Federal Rules of Civil Procedure establishes that Plaintiffs may file a Voluntary Dismissal:

> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. F. R. Civ. P. 41(1).

    Per the rule stated above, Plaintiffs respectfully request the voluntary dismissal without prejudice in the case at bar.

    **WHEREFORE**, plaintiffs respectfully request of this Honorable Court to take notice of the foregoing and to enter Judgment dismissing the captioned Complaint **without prejudice.**

 **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing notice of appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of September, 2025.

*/S/ José A. Morales Boscio*
Morales Boscio Law Offices PSC
USDC No. 220614
VIG Tower Suite 1500
Ave. Ponce de León 1225
Santurce, PR 00907-4980
Tel. 787.473.7778
E-Mail: jamb@mbprlaw.com
